IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>OSCAR DE LEON-GARCIA<br>Defendant | CRIMINAL 07-0026CCC |

**O R D E R**

Having considered the Report and Recommendation filed on February 14, 2007 **(docket entry 8)** on a Rule 11 proceeding of defendant Oscar de-León-García held before Magistrate Judge Camille L. Vélez-Rivé on January 23, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 23, 2007. The **sentencing hearing is set for April 12, 2007 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on March 8, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge